

FILED

03/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0569

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0569
_____

IN THE MATTER OF G.M.P.,

An Alleged Incapacitated Person.

FILED

MAR 2 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

M. R. App. P. 10(6) requires that parties filing documents with the Clerk of the Supreme Court shall use initials for individual parties in a proceeding under Title 72, Chapter 5, Part 3 (Guardians of Incapacitated Persons).

The Court has determined there are numerous references to the names of the Appellant and Appellee throughout Appellee's brief filed March 24, 2022. Thus, the brief does not comply with the referenced rule.

Therefore,

IT IS ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellee shall serve copies of the revised brief on all parties of record; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to all counsel of record.

DATED this 25th day of March, 2022.

For the Court,

By _____

Justice Jim Rice